Texas Court of Crim. Appls.

11-30-15

24,583-17

# DEAR CLERK;

PLEASE FILE AND BRING to
the ATTENTION OF THE FULL COURT,
THANK YOU.

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 04 2015

Abel Acosta, Clerk

RESPECTFULLY

FRANK Dwight CARTER
8500 DRURY LANE
St. Louis, mo. 63147
PH: 314-438-0920

C/C RETAINED,
Copy to Congmn

ENCLOSED STATE
DOCUMENTS
1) DEMAND
2) JUDGMENT
3) CLK dockets Print scrn's.
4) Indictments
5) Booking CARD
6) THREE sEPARATE Bills of cost.
7) TRANSFER ORDER.
8) Dismissal motion (99th ct.)

In the Court of Criminal Appeals
For the State of Texas

FRANK Dwight Carter
vs.
The State of Texas

Texas 7th District
Court of Appeals No.
07-14-00296-CR
Trial Court Case No.
89-409,752(B)

## Demand For Determination of Void Judgement

Comes Now Frank Dwight Carter, sui juris; To Demand Determination of "Void Judgement" that was filed in the 364th District Court of Lubbock County Texas on December 30th, 2014 and was submitted to the Texas Seventh District Court of Appeals on March 23rd, 2015.

The Judgement 89-409,752 (1990) Is From The 99th Judicial District Court of Lubbock County Texas It Is Challenged as Null and Void on Its Face and Based on Intentional Bad Faith Fraud on The Due To Authorized Dismissal which Is A Voluntary Waiver and Relinquishment of Jurisdiction over the Subject Matter and The Person, In No. 89-409,601 dated July 12th, 1989.

Case No. 89-409,752 Is purported to Have Been Re-Indicted By the 137th District court of Lubbock County Texas and Transferred Back to The 99th District Court which Did Render The Judgement for which Determination of Jurisdiction Is sought.

Demand For Determination of Void Judgement and The Jurisdiction of the 99th District Court over Case 89-409,752 Has Been and Is Meticulously Avoided.

In 1994 The 137th District Court for the 99th Issued Findings of Fact and Conclusions of Law Giving The Wrong Dates for Trial, Judgement and Sentence, These Erroneous Finding were Timely Objected to and Ignored, Legally Impugning Judgement In case 89-409,752 (B)(1994)

The Findings gave The wrong dates Five days prior to Authorized Dismissal of The case.

During the June 1990 void trial proceeding neither the judge, prosecutor nor my attorney Mr. Schulman mentioned the fact of authorized dismissal in the 99th court.

The seventh District Court of Appeals declined jurisdiction and therefor did not review the record and evidence which show, through the states very own official certified records, the intentional bad faith fraud on the court (99th)

The void judgement at issue is procured and continued by way of intrinsic, extrinsic intentional fraud on the court, tampering and falsification of official government records and manipulations of judicial mechanisms and machinary as evidenced by the states very own official, certified records and shielded from review under the guise that the reviewing court lack jurisdiction to view and entartain resulting in penal slavery.

Please note the enclosed states very own official, certified records and documents which are shielded from review and considerations.

According to the law this Motion <ins>Petition</ins> is not time barred.

I, Frank Dwight Carter as a sovereign, living man of the United States of America and a honorably discharged veteran of the U.S. military, demand determination of my void judgement.

11 Texas Trial Court
Records Enclosed.

Certificate

On Nov. 30th 2015 I, Frank Dwight Carter did deposite into the U.S. mail the foregoing letter addressed to;

CLERK
Court of Criminal Appeals
of Texas
P.O. Box 12308, Capitol Stat,
Austin, Texas 78711

Respectfully,
Frank Dwight Carter
8500 Drury Lane
St. Louis, Mo. 63147
PH. 314 438 0920

I, Frank Dwight Carter feels and believe squarely entitled to the relief sought.

EXHIBIT H

FORM NUMBER 3

THE STATE OF TEXAS
   VS.                    NO.89-409,752
FRANK DWIGHT CARTER

IN THE 99TH DISTRICT
COURT OF
LUBBOCK COUNTY, TEXAS

JUDGMENT ON JURY VERDICT OF GUILTY
PUNISHMENT FIXED BY COURT OR JURY -- NO PROBATION GRANTED

| | | |
|---|---|---|
| Judge Presiding | : Thomas L. Clinton | Date of Judgment: 6-12-90 |
| Attorney for State | : Travis S. Ware | Attorney for Defendant: David Schulman |
| | Jody Hall | |
| Offense Convicted of | : Aggravated Robbery | |
| Degree | : 1st | Date Offense Committed: 5-16-89 |
| Charging Instrument: Indictment | | |
| Plea | : Not Guilty | |
| Jury Verdict | : Guilty | Foreman: Steven Maines |
| Plea to Enhancement Paragraphs(s) | : Not True | Enhancement Paragraphs(s):one (1) |
| Findings on Use of Deadly Weapon | : True | |
| Punishment Assessed by | : Jury | |
| Date Sentence Imposed | : 6-12-90 | Costs:$5,302.50 |
| Punishment and Place of Confinement: life TDC | | Date to: Commence: |
| Time Credited | : 5-16-89 to the present | Total Amount of Restitution:$ |
| Concurrent Unless Otherwise Specified. | | |

On the 11th day of June, 1990, this cause was called for trial, and the State appeared by a duly appointed Assistant Criminal District Attorney, and the defendant appeared in person, in open Court, his counsel also being present;

And the said defendant having been duly arraigned in open Court, and having pleaded not guilty to the offense charged, both parties announced ready for trial; thereupon a jury of good and lawful persons were duly selected, impaneled and sworn, who having heard the indictment read, and the defendant's plea of not guilty thereto, and having heard the evidence submitted, and having been duly charged by the Court, retired in charge of the proper officer to consider their verdict, and afterward was brought into open Court the following verdict, which was received by the Court and is here now entered upon the minutes of the Court, to-wit:

12 13

No. 89-409,601

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 99TH DISTRICT COURT |
| VS. | § | OF |
| FRANK DWIGHT CARTER | § | LUBBOCK COUNTY, TEXAS |

## MOTION TO DISMISS

NOW COMES The State of Texas, acting herein by and through her Criminal District Attorney of Lubbock County, Texas, and requests the Court to dismiss the above entitled and numbered cause for the reason that:

This case was reindicted in Cause no. 89-409,752 by the 137th District Court Grand Jury on July 7, 1989.

WHEREFORE, The State of Texas asks the Court to dismiss this cause for the above reason.

TRAVIS S. WARE
Criminal District Attorney
Lubbock County, Texas

By: _____
Asst. Criminal Dist. Atty.
State Bar No. 17244600

FILED
Jul 12 10 40 AM '89
Wayne LeCroy
DISTRICT CLERK, LUBBOCK CO.
BY _____

## ORDER DISMISSING

ON the 12th day of July, 1989, came on to be heard the above and foregoing motion wherein the State of Texas, acting by and through her Criminal District Attorney of Lubbock County, Texas, requests the Court to dismiss this cause for the reason set out above;

AND THE COURT, having duly considered said motion and being satisfied as to the truth of the matters therein set forth, is of the opinion that said cause should be dismissed;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that this cause be, and the same is hereby dismissed, of which the Clerk of this Court will take due notice.

SIGNED AND ENTERED this the 12th day of July, A.D. 1989.

_____
Judge Presiding

I, Wayne LeCroy, District Clerk, in and for Lubbock County, Texas do hereby certify this to be a true and correct copy of a like instrument now on file in this office.
This _____ day of _____ 19__
Wayne LeCroy
Clerk of District Court, Lubbock County, Texas

By _____ Deputy

77 105

THE STATE OF TEXAS
VS.

FRANK DWIGHT CARTER

NO. 89. 409601          102875

D: 64449      DOB      1/27/31

LONY CHARGE: AGGRAVATED ROBBERY

STRICT COURT NO.:

DATE PREPARED: 3/17/89
AGENCY: LPD          O/R NO.: 89-17153
ARREST DATE: 05/16/89
BAIL $ 25,000.00
PRIOR CAUSE NO.:

THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

he duly organized Grand Jury of Lubbock County, Texas, presents in the District Court of Lubbock County, Texas, that in Lubbock County, Texas,

FRANK DWIGHT CARTER
16TH DAY OF MAY, 1989

reafter styled the Defendant, heretofore on or about _____, did
en and there

intentionally, while in the course of committing theft of property, and with intent to obtain and maintain control of said property, threaten and place WILLIAM WITT in fear of imminent bodily injury, and the defendant did then and there use and exhibit a deadly weapon, to-wit: a firearm, to-wit: a handgun, that in the manner of its use and intended use was capable of causing death and serious bodily injury;

II.

AND further the said FRANK DWIGHT CARTER on or about the 16TH DAY OF MAY, 1989 in Lubbock County and State of Texas, did then and there intentionally, while in the course of committing theft of property, and with intent to obtain and maintain control of said property, threaten and place TRAVIS JENKINS in fear of imminent bodily injury, and the defendant did then and there use and exhibit a deadly weapon, to-wit: a firearm, to-wit: a handgun, that in the manner of its use and intended use was capable of causing death and serious bodily injury;

AGAINST THE PEACE AND DIGNITY OF THE STATE.

FOREMAN OF THE GRAND JURY

PRESENTED THIS

FILED
JAN 8 5 01 PM '89
LUBBOCK CO.
DISTRICT C.
BY          DEPUTY

THE STATE OF TEXAS
VS.

NO. 89 405752

FRANK DWIGHT CARTER

ID: 64449  DOB: 1/27/51
FELONY CHARGE: AGGRAVATED ROBBERY
DISTRICT COURT NO.: 137th

DATE PREPARED: 6/27/89
AGENCY: LPD  O/R NO.: 89-17153
ARREST DATE: 05/16/89
BAIL $ 20,000.00
PRIOR CAUSE NO.: 89 409,601

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The duly organized Grand Jury of Lubbock County, Texas, presents in the District Court of Lubbock County, Texas, that in Lubbock County,

FRANK DWIGHT CARTER

hereafter styled the Defendant, heretofore on or about 16TH DAY OF MAY, 1989

then and there

intentionally, while in the course of committing theft of property, and with intent to obtain and maintain control of said property, threaten and place WILLIAM WITT in fear of imminent bodily injury, and the defendant then and there use and exhibit a deadly weapon, to-wit: a firearm, to-wit: a handgun, that in the manner of its use and intended use was capable of causing death and serious bodily injury;

II.

AND further the said FRANK DWIGHT CARTER on or about the 15TH DAY OF MAY, 1989 in Lubbock County and State of Texas, did then and there intentionally, while in the course of committing theft of property, and with intent to obtain and maintain control of said property, threaten and place TRAVIS JENKINS in fear of imminent bodily injury, and the defendant did then and there use and exhibit a deadly weapon, to-wit: a firearm, to-wit: a handgun, that in the manner of its use and intended use was capable of causing death and serious bodily injury;

and it is further presented in and to said court, that prior to the commission of the aforesaid offense by the said FRANK DWIGHT CARTER, on 20th day of April, 1983, in the 194th Judicial District Court of Dallas County, Texas, in cause number F-83-87303-VM, the said FRANK DWIGHT CARTER was convicted of a felony, to-wit: Theft, and said conviction became final prior to the commission of the aforesaid offense;

AGAINST THE PEACE AND DIGNITY OF THE STATE.

_____
FOREMAN OF THE GRAND JURY

PRESENTED THIS 7th DAY OF July A.D.

BELIEVE

FILED
JUL 7 11 26 AM '89

DISTRICT CLERK, LUBBOCK CO.
BY _____ DEPUTY

Wayne LeCroy
DISTRICT CLERK, LUBBOCK COUNTY, TEXAS

THE STATE OF TEXAS
COUNTY OF LUBBOCK

I certify that the foregoing is a true and correct copy

| THE STATE OF TEXAS | ] IN THE 137TH DISTRICT COURT |
|---|---|
| VS. | ] OF |
| FRANK DWIGHT CARTER | ] LUBBOCK COUNTY, TEXAS |

## ORDER OF TRANSFER OF CASE

It being made known to the Court that FRANK DWIGHT CARTER, defendant, was indicted by Grand Jury presentment in the 137th District Court of Lubbock County, Texas, in Cause No. 89-409,752, charged with the offense of aggravated robbery, wherein such cause is pending.

The Court deems it just and expedient that Cause No. 89-409,752 now pending in the 137th District Court of Lubbock County, Texas, be transferred to the 99th District Court of Lubbock County, Texas.

It is therefore ORDERED that Cause No. 89-409,752 styled THE STATE OF TEXAS VS. FRANK DWIGHT CARTER in the 137th District Court be, and the same is hereby, transferred to the 99th District Court of Lubbock County, Texas, upon consent of the Judge of said Court.

SIGNED AND ENTERED this 9th day of August, 1989.

_____
JUDGE PRESIDING

## CONSENT TO TRANSFER

The undersigned Judge of the 99th District Court of Lubbock County, Texas, having read and considered the above Order of Transfer consents to said transfer, and accepts said Cause No. 89-409,752, styled THE STATE OF TEXAS VS. FRANK DWIGHT CARTER, this the 9th day of August, 1989.

_____
JUDGE PRESIDING

FILED
AUG 10 3 58 PM '89

61 500

No. 89-409,752

THE STATE OF TEXAS                    IN THE 99TH DISTRICT COURT

VS                                    OF

FRANK DWIGHT CARTER                   LUBBOCK COUNTY, TEXAS

## CRIMINAL BILL OF COST

| | |
|---|---|
| TOTAL SHERIFF'S FEES | $ 17.00 |
| CLERK'S FEES | $ 25.00 |
| DISTRICT ATTORNEY'S FEES | $ 24.00 |
| CRIMINAL JUSTICE FUND | $ 20.00 |
| L.E.O.S.E.F. | $ 1.50 |
| C.V.C.A. | $ 20.00 |
| J.C.P.T. | $ 1.00 |
| COURT APPOINTED ATTORNEY FEES | $ 1261.83 |
| JURY FEE | $ 20.00 |
| VIDEO FEE - DWI | $ |
| TRANSCRIPT AND CERTIFICATION | $ |
| STATEMENT OF FACTS | $ |
| | $ |
| TOTAL COSTS | $ 1390.33 |

THE STATE OF TEXAS
COUNTY OF LUBBOCK

I, WAYNE LECROY, Clerk of the 99TH DISTRICT COURT in and for said County and State, HEREBY CERTIFY the foregoing to be a correct amount of the costs adjudged against the Defendant in the above entitled and numbered suit as of this date.

Witness my hand and seal of said court, this the 30TH DAY OF AUGUST, 1990.

WAYNE LECROY, District Clerk
Lubbock County, Texas.

By: _Edwina Morrison_ Deputy
EDWINA MORRISON

NO. 89-409,752

THE STATE OF TEXAS                    IN THE __99TH__ DISTRICT COURT

VS                                    OF

FRANK DWIGHT CARTER                   LUBBOCK COUNTY, TEXAS

## BILL OF COSTS

| | |
|---|---|
| CAPIAS AND PRECEPT (2) | $ 14.00 |
| SUBPOENAS ( $ ) | 10.00 |
| TOTAL SHERIFF'S FEES | $ 24.00 |
| JCPT | $ 1.00 |
| CLERK'S FEES | $ 25.00 |
| SHERIFF'S FEES | $ 24.00 |
| DISTRICT ATTORNEY'S FEES | $ 24.00 |
| STENOGRAPHER FEES | $ 3.00 |
| JURY FEE | $ 20.00 |
| TRANSCRIPT AND CERTIFICATION | $ 115.00 |
| STATEMENT OF FACTS | $ |
| CRIMINAL JUSTICE FUND | $ 20.00 |
| L.E.O.S.E.F. | $ 1.50 |
| C.V.C.A. | $ 20.00 |
| TOTAL COSTS | $ 253.50 |

THE STATE OF TEXAS  §
COUNTY OF LUBBOCK   §

I, WAYNE LECROY, CLERK OF THE __99TH__ DISTRICT COURT IN AND FOR SAID COUNTY

AND STATE, HEREBY CERTIFY THE FOREGOING TO BE A CORRECT AMOUNT OF THE COSTS

ADJUDGED AGAINST THE DEFENDANT IN THE ABOVE ENTITLED AND NUMBERED SUIT UP TO

THIS DATE.

WITNESS MY HAND AND SEAL OF SAID COURT, THIS THE __3RD__ DAY OF _____

OCTOBER , A.D., 19 90

NO. 89-409,752

STATE OF TEXAS
    VS.

FRANK DWIGHT CARTER

IN THE 99TH DISTRICT COURT

OF

LUBBOCK COUNTY, TEXAS

## BILL OF COSTS

| | |
|---|---|
| CAPIAS AND PRECEPT | $ |
| BOND | $ |
| SUBPOENA (S) | $ |
| CRIMINAL FILING | $ |
| SHERIFF'S FEES | $ 49.00 |
| TRANSCRIPT AND CERTIFICATION | $ 31.00 |
| COURT REPORTER FEE | $115.00 |
| JURY FEE | $ 3.00 |
| CRIMINAL JUSTICE FUND | $ 20.00 |
| J C P T | $ 20.00 |
| L E O S E F | $ 1.00 |
| L E M I F | $ 1.50 |
| C V C A | $ |
| C S A F | $ 20.00 |
| COPIES | $ |
| RESTITUTION | $ 82.80 |
| FINES | $ |
| ATTORNEY'S FEES | $ |
| | $3184.03 |

| | |
|---|---|
| TOTAL COSTS | $3527.33 |
| TOTAL PAID (RON HANCE) | ~ 82.80 |
| TOTAL COSTS DUE | $3444.53 |

THE STATE OF TEXAS  *
COUNTY OF LUBBOCK   *

I, JEAN ANNE STRATTON, CLERK OF THE 99TH DISTRICT COURT IN AND FOR SAID COUNTY AND STATE, HEREBY CERTIFY THE FOREGOING TO BE A CORRECT AMOUNT OF THE COSTS ADJUDGED AGAINST THE DEFENDANT IN THE ABOVE ENTITLED AND NUMBERED SUIT TO THIS DATE.

WITNESS MY HAND AND SEAL OF SAID COURT, THIS THE 05/12/95.

JEAN ANNE STRATTON
CLERK OF THE DISTRICT COURT

BY _____ DEPUTY
KAY ALEXANDER

```
JMS5                DISTRICT CLERK  CASE EVENTS           UPD: 07/13/89 C46

      TASK: INQ                                           REF#:    102876

      CASE: 89 409601    SEQ#: 001 AGGRAVATED ROBBERY     COURT: D099 FINAL

                                                          STATUS: INDT 06/08/89
```

PLAINTIFF: STATE OF TEXAS

DEFENDANT: CARTER, FRANK DWIGHT

JCR PID:     64449

```
   EVENT: INDT F     INDICTMENT FILED DIST COURT      AMOUNT:      .00
   DATE: 06/08/89    HANDGUN                          OFFENSE:      129908
   PARTY:   1        CARTER, FRANK DWIGHT             VOLUME:    PAGE:
AGENCY NO:    290    ROSAS, MARTA                     AGENCY/ID: ATT 17244600
  FILED BY:                                           REL /REF:
```

| SEQ | EVENT | CODE | DATE | TYPE | VOL | PAGE | COMMENT |
|-----|-------|------|------|------|-----|------|---------|
| 001 | INDICTMENT | INDT | 06/08/89 | F | | | HANDGUN |
| 002 | ARREST DATE | ARST | 05/16/89 | DW | | 1090 | |
| 003 | CASE REFILE | DCRF | 07/12/89 | JD | 77 | 105 | 07/13/89 |

```
                                                    ----------LAST SEQ#: 003
1-9= JMS1-9 5=ALT 8=NEXT_SEQ# 11=JAP1 13=LDC0 15=JAP2 18=STAT 23=JID1 24=TEXT
```

```
JMS5                 DISTRICT CLERK  CASE EVENTS          UPD: 09/26/90 A30

   TASK: INQ                                              REF#:    106990

   CASE: 89 409752    SEQ# 001 AGGRAVATED ROBBERY         COURT: D099 FINAL
                                                          STATUS: WAAC 02/22/93

PLAINTIFF: STATE OF TEXAS

DEFENDANT: CARTER, FRANK DWIGHT                  JCR PID:        64449
```

| | | |
|---|---|---|
| EVENT: INDT F | INDICTMENT FILED DIST COURT | AMOUNT: .00 |
| DATE: 07/07/89 | HANDGUN | OFFENSE: 129908 |
| PARTY: 1 | CARTER, FRANK DWIGHT | VOLUME: PAGE: |
| AGENCY NO: 290 | ROSAS, MARTA | AGENCY/ID: ATT 17244600 |
| FILED BY: | | REL /REF: 89409601 |

| SEQ | EVENT | CODE | DATE | TYPE | VOL | PAGE | COMMENT |
|---|---|---|---|---|---|---|---|
| 001 | INDICTMENT | INDT | 07/07/89 | F | | | HANDGUN |
| 002 | FEL MINUTES | FELN | 08/14/89 | MI | 61 | 500 | 08/14/89 |
| 003 | JURY PEN | NJPN | 06/12/90 | J | | | |
| 004 | FEL MINUTES | FELN | 06/15/90 | MI | 12 | 52 | 06/15/90 |
| 005 | FEL MINUTES | FELN | 06/15/90 | MI | 12 | 63 | 06/15/90 |
| 006 | FEL MINUTES | FELN | 06/18/90 | MI | 12 | 136 | 06/18/90 |
| 007 | NG JURY TRL | NGJT | 07/09/90 | D | | 80 | SCHULMAN, DAVID |
| 008 | COMMIT TDC | WAAC | 08/30/90 | W | | LIF | |

*(handwritten: SCRATCH outs done By DistricT CLERK — arrow pointing to SEQ 003)*

```
                                                       LAST SEQ#: 014

1-9= JMS1-9 5=ALT 8=NEXT_SEQ# 11=JAP1 13=LDC0 15=JAP2 18=STAT 23=JID1 24=TEXT
```

LSO: **80142** PID: **64449** BOOKING NO: 8907045 AGENCY: LPD 104243

NAME: **CARTER, FRANK DWIGHT** ADDRESS: 502 SLIDE #1315
LUBBOCK TX

AKAS: FRANK
FRANK DEWIGHT SMT: SC R EYE

AGE: 38 SKIN: ___ BLD: SMA POB: ST LOUIS, MO

DOB: 1/27/51 SEX: M RACE: B EYES: BROWN HAIR: BLACK HT: 5'06" WT: 1S

SOC: 407 56 0912 DL: TX 010765849 STATUS: SINGLE CITIZEN: US

PLACE OF ARREST: 1500 47TH DATE: 5/16/89 TIME: 4 10
PRIOR RECORD: YES COMMITMENT DATE: 5/16/89 TIME: 4 52

| CHARGES: | WARRANT#: | INDICTMENT#: | COURT: | DISPOSITION |
|---|---|---|---|---|
| AGGRAVATED ROBBERY (ANY) 129992 | 22-876.04 6/9/89 E9853059 7/1/89 | 89-409750 89-409601 | 140413 140413 6-12-90 Crimson | Hi-30,000 Lise-TDC $20,000 3,500 Fine |
| Fel. Poss. Firearm | | | | Not Filed Auth Ron Dismissed 6-22-89 |
| THEFT B/S | 89-471800 | | cc-2 | 300.00 BOND Dismissed 6-2 |
| THEFT B/S | 88-470715 | | CC-3 | 300.00 BOND Dismissed 6-2 |
| THEFT X B/S | 89-470897 | | CC-2 | 300.00 B OND 386.24 |
| NO INSURANCE | 89126562 8905319 | Laid out 5-20-89 | | $420.50 F&C |

OFFICERS 197 LPD CITY
ARREST BULLOCK, L DELIVERY MORRIS, R LP

BOOKING GLASCO, JOSEPH 548 JAIL DATE TIME: 5/16/89 5 16

RELEASE Sgt Cox DATE TIME: 091890 0430 WHY/TO TDC

WARRANT CHECK DATE TIME: REPLY 5-22-89

PAGE 1 OF 1

---

BOOKING NO: 8907045 OPERATOR: TOMMIE VASQUEZ

EMPLOYER: NONE

OCCUPATION: PAINTER

NOTIFY IN EMERGENCY: DORIS COTTON FRIEND

ADDRESS: 502 SLIDE #1315

CITY: LUBBOCK STATE: TX ZIP:

PHONE: 806-796-7040

VEHICLE STORED AT:

TELEPHONE CALLS MADE TO:

Declined 2nd call 0545

INMATE SIGNATURE: X

ATTORNEY:

RECEIVING OFFICER: PIERCE, FREDDIE BY: JAIL

BAG #948

RELEASE SIGNATURE: X

| CELL | DATE | CELL | DATE |
|---|---|---|---|
| 2-21 | 5-16-89 | 5-4 #5 | 12-6-89 |
| 2-28 | 5-18-89 | 3-2 #17 | 1/7 |
| I-1 #5 | 5-18-89 | 6-1 #5 | 6-12-90 |
| 2-24 | 6-22-89 | 5-6 #6 | 7-16-90 |
| I-2 #1 | 7/3 | I-2 #5 | 7-30-90 |
| I-1A | 7/13 | | |
| A-2 #3 | 7/23/89 | | |
| J2 #12 | 11-18 | | |
| 3-1 #4 | 11-18-89 | | |
| 3-1 #13 | 11-18-89 | | |

RIGHT INDEX IN OUT